CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 2 5 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| GARY STERN, ET AL., *Plaintiffs*, v. LYNCHBURG AREA LOCAL 1602, ET AL., *Defendants.* | CIVIL ACTION NO. 6:04-CV-00058 ORDER JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment is hereby GRANTED.

It is so ORDERED.

The Clerk of the Court is directed to STRIKE this case from the docket, and further directed to send a copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

August 25, 2005
Date