IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| GARY STERN, ET AL., | CIVIL ACTION NO. 6:04-CV-00058 |
| *Plaintiffs,* | |
| v. | ORDER |
| LYNCHBURG AREA LOCAL 1602, ET AL., | |
| *Defendants.* | JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Plaintiffs' Motion to Reconsider is hereby DENIED.

It is so ORDERED.

The Clerk is hereby directed to STRIKE this case from the docket, and is further directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

10-13-2005
Date